■ In the Matter of NEW YORK STATE SCHOOL BOARDS ASSOCIATION, INC., Petitioner.—Petition for approval, pursuant to subdivision 5 of section 495 of the Judiciary Law, of a trust agreement establishing the New York State School Boards Association Legal Assistance Fund, or, in the alternative, for a declaration that such approval is unnecessary, granted to the extent of declaring that approval is unnecessary inasmuch as the trustees of the legal assistance fund will not be engaged in activities prohibited by section 495. Mahoney, P. J., Greenblott, Sweeney, Kane and Staley, Jr., JJ., concur.

■ In the Matter of the Claim of WILLIAM COOK, Respondent, v WATER TUNNEL CONTRACTORS et al., Appellants, and WORKERS' COMPENSATION BOARD, Respondent.—Motion to compel respondent Workers' Compensation Board to accept notices of appeal dated July 10, 1978 and September 22, 1978. Motion granted, without costs to the extent that respondent board is directed to accept notice of appeal dated July 10, 1978 *(Matter of Rice v Kavanagh Trucking Co.,* 69 AD2d 1027). Motion in all other respects denied, without costs *(Matter of Dingman v General Fibre Box Co.,* 35 AD2d 682). Mahoney, P. J., Greenblott, Main, Mikoll and Herlihy, JJ., concur.

■ In the Matter of PERRY A. BIALOR, Petitioner, v NEW YORK STATE DIVISION OF HUMAN RIGHTS et al., Respondents.—Motion for extension of time to commence proceeding pursuant to section 298 of the Executive Law and for other relief denied, without costs, and proceeding dismissed (see *Powell v New York State Div. of Human Rights,* 59 AD2d 973). Mahoney, P. J., Sweeney, Kane, Mikoll and Herlihy, JJ., concur.